# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Charles Donaldson,

    Plaintiff(s),

v.                                      Case No. 1:03cv689

                                          (Judge Michael H. Watson)

Police Officer Mark Denny, et al.,

    Defendant(s).

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed August 11, 2005 (Doc. 44).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Defendants' motion for summary judgment is **GRANTED**. This action is closed.

                                                        _/s/ Michael H. Watson_
                                                        Michael H. Watson
                                                        United States District Judge

bac     August 30, 2005